# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Jose Ruiz-Lara, | ) | CASE NO. 1:26 CV 499 |
| | ) | |
| Petitioner, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| vs. | ) | |
| | ) | |
| Kevin Raycraft, Field Office Director | ) | **Order** |
| of Enforcement and Removal Operations, | ) | |
| Detroit Field Office, Immigration and | ) | |
| Customs Enforcement, et al., | ) | |
| | ) | |
| Respondents. | ) | |

This matter is before the Court on petitioner Jose Ruiz-Lara's Petition for a Writ of Habeas Corpus, which includes a request for an order pursuant to 28 U.S.C. § 2243 requiring Respondents to, within three days, show cause why the petition should not be granted. (Doc. No. 1.) Pursuant to 28 U.S.C. § 2243, Petitioner's request for an order to show cause is GRANTED.

Respondents are ordered to show cause in writing, by March 5, 2026, why Petitioner's petition for writ of habeas corpus should not be granted. Petitioner will have until March 9, 2026, to respond in support of the petition.

The Clerk of Court is directed to forward a copy of this Order, along with the petition (Doc. No. 1), to Respondents and to the Office of the United States Attorney for the Northern District of Ohio.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Date: 3/2/26